

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **DONNIS ALFORD ET AL.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **vs.** | * | **Civil Action** |
| | * | **File No.: 7:05-CV-78** |
| **CORDELE FOODS, INC. d/b/a SHONEY'S** | * | |
| **and d/b/a SHONEY'S OF CORDELE** | * | |
| **and DALLAS HUNT** | * | |
| | * | |
| **Defendants.** | * | |

## DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT

Come now CORDELE FOODS, INC. and DALLAS HUNT, Defendants named

in the above-styled action (hereinafter sometimes referred to as "these Defendants"), and

pursuant to Fed. R. Civ. P. 12(e), files this their Motion for More Definite Statement,

respectfully showing the Court as follows:

**1.**

Plaintiffs filed this instant action on July 14, 2005 seeking damages from alleged

discriminatory conduct received at the Shoney's Restaurant in Cordele, Georgia. See

generally, Complaint.

**2.**

Count Two of Plaintiffs' Complaint is entitled "Discrimination Under The State

Law". The count contains only one paragraph that states the following: "Defendants

intentionally discriminated against Plaintiffs because of their race and/or color in

violation of the constitution and laws of the State of Georgia."

**3.**

Accordingly, Plaintiffs have not put Defendants on notice of what state law ground they are basing these allegations of private discrimination. Plaintiffs are simply alleging that there is some law somewhere in the Constitution or Official Code of Georgia that prohibits this conduct.

**4.**

Although the Fed. R. Civ. P. 8 allows for liberal pleading, to specify your state law cause of action in a manner that only limits it by the State of Georgia is not sufficient.

**5.**

Because of Plaintiffs' lack of specificity, Defendants are unable to form an adequate responsive pleading to Count Two of Plaintiffs' Complaint. See Charles R. Hobbs et al. v. BH Cars, Inc et al. 2004 U.S. Dist. LEXIS 10735, 17 L. Weekly Fed. D 819 (S.D. Fla. 2004)(holding that general reference to a violation of state law is insufficient).

**6.**

Therefore, Defendants respectfully move this Court to enter an order requiring Plaintiffs to provide a more definite statement with respect to their causes of action arising under state law as vaguely asserted in Count Two of the Complaint.

Respectfully submitted this ___4th___ day of August, 2005.

COLEMAN, TALLEY, NEWBERN,
KURRIE, PRESTON & HOLLAND, L.L.P.

By: _____
GEORGE T. TALLEY
Georgia Bar No.: 696700

By: _____
TIMOTHY M. TANNER
Georgia Bar No: 697683

P.O. Box 5437
Valdosta, GA 31603
(229) 242-7562
(229) 333-0885*fax*

Attorneys For Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| DONNIS ALFORD ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | **Civil Action** |
| | * | **File No.: 7:05-CV-78** |
| CORDELE FOODS, INC. d/b/a SHONEY'S | * | |
| and d/b/a SHONEY'S OF CORDELE | * | |
| and DALLAS HUNT | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I, TIMOTHY M. TANNER do hereby certify that I am of counsel for the defendants in the above captioned matter, and that I have this day served a copy of the within and foregoing *Defendants' Motion for More Definite Statement*, upon the parties at interest by mailing a copy thereof to their counsel as follows:

Melody Y. Cherry, P.C.
531 Boulevard, S.E.
Atlanta, Georgia 30312

This 4th day of August, 2005.

COLEMAN, TALLEY, NEWBERN,
KURRIE, PRESTON & HOLLAND, L.L.P.

By: _____
GEORGE T. TALLEY
Georgia Bar No.: 696700

P.O. Box 5437
Valdosta, GA 31603
(229) 242-7562
(229) 333-0885*fax*